UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C.  20036 <br><br> and <br><br> BRIAN J. KAREM <br> 22 West Jefferson Street <br> Suite 309 <br> Rockville, Maryland 20855 <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY <br> Washington, D.C. 20505 <br><br> and <br><br> OFFICE OF THE DIRECTOR <br> OF NATIONAL INTELLIGENCE <br> Washington, D.C. 20511 <br><br> and <br><br> DEPARTMENT OF DEFENSE <br> 1155 Defense Pentagon <br> Washington, D.C. 20301-1155 <br><br> Defendants. | Civil Action No: 25-_____ |

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, for production of an agency record sought by the Plaintiffs The James Madison Project and Brian J. Karem from the Defendants Central Intelligence

Agency ("CIA"), the Office of the Director of National Intelligence ("ODNI"), and the Department of Defense ("DoD").

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project ("JMP") is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Brian J. Karem ("Karem") is an award-winning investigative reporter and is an acknowledged representative of the news media.

5. Defendant CIA is an agency within the meaning of 5 U.S.C. § 552(f) and is in possession and/or control of the record, or information therein, that was requested by the Plaintiffs in this action.

6. Defendant ODNI is an agency within the meaning of 5 U.S.C. § 552(f) and is in possession and/or control of the record, and the information therein, that was requested by the Plaintiffs in this action.

7. Defendant DoD is an agency within the meaning of 5 U.S.C. § 552(f) and is in possession and/or control of the record, or the information therein, that was requested by the Plaintiffs in this action.

## FACTS

8. This FOIA lawsuit, which continues ongoing efforts by the Plaintiffs to bring needed transparency surrounding the U.S. government's knowledge of Anomalous Health Incidents ("AHI") that have been and are adversely impacting federal employees and their family members, seeks production of an unredacted copy of the updated Intelligence Community Assessment ("2025 ICA") on AHIs regarding which an unclassified summary was publicly issued on January 10, 2025.

9. A redacted copy of the 2025 ICA was posted online by the ODNI at *https://www.dni.gov/files/ODNI/documents/assessments/NIC-Unclassified-ICA-Updated-Assessment-AHI-December2024.pdf* (last accessed March 17, 2025).

10. Upon information and belief, this document provides further evidence of an ongoing cover-up by various federal agencies, most notably CIA. The public has a vested interest in exposing the failures of the Intelligence Community, particularly with respect to deliberately withholding relevant information or failing to protect its personnel and their family members from harm caused by one or more foreign adversaries.

11. The American public deserves to have a straight answer from the U.S. government regarding AHIs and the impact that has been and is continuing to be felt by U.S. government personnel, both overseas and domestically.

## FIRST CAUSE OF ACTION (DISCLOSURE)

12. Plaintiffs repeat and reallege the allegations contained in paragraphs 8 through 11 above, inclusive.

13. By letter dated January 9, 2025, which was submitted online, the Plaintiffs submitted a FOIA request to CIA and ODNI that sought a copy of the ICA 2025.

14. By letter dated January 10, 2025, which was submitted online, the Plaintiffs submitted the same FOIA request to the Defense Intelligence Agency ("DIA") and DoD that sought a copy of the ICA 2025.

15. No responses to the initial FOIA request were received from either CIA or DoD.

16. By letter dated January 17, 2025, and e-mailed to the Plaintiffs, DIA responded that the record did not originate with it and after consultations with ODNI, where it was acknowledged the request had also been submitted, it administratively closed the request. Upon information and belief, this decision acknowledges DIA has no vested equities and/or control of the information within the 2025 ICA.

17. By letter dated January 17, 2025, and e-mailed to the Plaintiffs, ODNI notified the Plaintiffs it had located one responsive document totaling thirty-six pages, which it released in part, and withheld significant portions on the basis of FOIA Exemptions (b)(1) and (b)(3).

18. By letter dated January 17, 2025 (though misdated January 27, 2025), which was submitted via e-mail, the Plaintiffs appealed the ODNI's decision to withhold information from the ICA and noted that the release to the Plaintiffs had redacted information that had already been publicly released.

19. No substantive appeal response has been received from ODNI.

20. The Plaintiffs have exhausted all required administrative remedies against all Defendants.

WHEREFORE, Plaintiffs The James Madison Project and Brian J. Karem request that the Court award them the following relief:

(1) Order the Defendants to produce to the Plaintiffs a non-exempt copy of the responsive record;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date: March 17, 2025

                                        Respectfully submitted,

                                            *s/Mark S. Zaid*

                                      _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs