UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-0779 (CJN) |

## CONSENT MOTION FOR EXTENSION OF TIME

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to the complaint in this matter by three weeks—i.e., until May 12, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and Plaintiffs consent to the relief sought in this motion. The grounds for this motion are set forth below.

Plaintiffs initially filed this suit on March 17, 2025, and the U.S. Attorney's Office was served with the complaint on or about March 21, 2025. Plaintiffs bring this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to FOIA requests allegedly submitted the three Defendants. *See generally* Compl. (ECF No. 1). Defendants' deadline to respond to the complaint is currently April 21, 2025.

There is good cause to grant this motion. Although undersigned counsel was recently assigned this matter a couple of days ago, undersigned has already reached-out to most of the relevant agencies and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter and the FOIA request with the relevant agencies, explore whether this case may be resolved

without litigation, and if not, formulate Defendants' response to Plaintiffs' complaint. Accordingly, Defendants request this extension of time.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension in this matter. Also, granting Defendants' motion will not significantly affect any future deadlines, and allowing Defendants' counsel a reasonable amount of time beyond that provided by Rule 12, under the circumstances, to investigate the claims and plan an appropriate defense strategy is just. Further, the requested extension will not prejudice Plaintiffs, as indicated by Plaintiffs' consent to the requested relief.

WHEREFORE, Defendants respectfully request that the deadline to respond to the complaint be extended until May 12, 2025. A proposed order is enclosed herewith.

Dated: April 18, 2025                    Respectfully submitted,

                                        EDWARD R. MARTIN, JR., D.C. Bar #481866
                                        United States Attorney

                                        By:         */s/ Stephanie R. Johnson*
                                              STEPHANIE R. JOHNSON,
                                                D.C. Bar # 1632338
                                              Assistant United States Attorney
                                              Civil Division
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252-7874
                                              Stephanie.Johnson5@usdoj.gov

                                        *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-0779 (CJN) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall respond to the complaint by May 12, 2025.

SO ORDERED.

_____          _____
Dated                                              Carl J. Nichols
                                                       United States District Judge