UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>et al.,<br><br>              Defendants. | Civil Action No. 25-0779 (CJN) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants, by and through undersigned counsel, respectfully move to extend the deadline to respond to the complaint in this matter by approximately eighteen days—i.e., until May 30, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and Plaintiffs consent to the relief sought in this motion. This motion is timely submitted four days prior to the May 12, 2025, deadline. The grounds for this motion are set forth below.

Plaintiffs bring this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to FOIA requests allegedly submitted to the three Defendants. *See generally* Compl. (ECF No. 1). Defendants' deadline to respond to the complaint is currently May 12, 2025. *See* Apr. 20, 2025, Min. Order

There is good cause to grant this motion. Undersigned counsel is promptly gathering information necessary for the defense of this action but needs additional time to determine whether one of the defendants received the purported FOIA request. That said, the undersigned requires a reasonable period of additional time to discuss this matter and the FOIA requests with the relevant agencies and Plaintiffs' counsel and formulate an appropriate response to Plaintiffs' complaint. Accordingly, Defendants request this extension of time.

- 2 -

Defendants propose this extension in good faith and not for the purpose of delay.  This is Defendants' second request for an extension in this matter.  Also, granting Defendants' motion will not significantly affect any future deadlines, and allowing Defendants' counsel a reasonable amount of time beyond that provided by Rule 12, under the circumstances, to investigate the claims and plan an appropriate defense strategy is just.  Further, the requested extension will not prejudice Plaintiffs, as indicated by Plaintiffs' consent to the requested relief.

WHEREFORE, Defendants respectfully request that the deadline to respond to the complaint be extended until May 30, 2025.  A proposed order is enclosed herewith.

Dated: May 8, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ Stephanie R. Johnson*_____
    STEPHANIE R. JOHNSON,
      D.C. Bar # 1632338
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>et al.,<br><br>            Defendants. | Civil Action No. 25-0779 (CJN) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED; and it is further

ORDERED that Defendants shall respond to the complaint by May 30, 2025.


SO ORDERED.


_____              _____
Dated                                                                    Carl J. Nichols
                                                                               United States District Judge