**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>OFFICE OF DIRECTOR OF NATIONAL INTELLIGENCE, et al.,<br><br>     Defendants. | Civil Action No. 25-0779 (CJN) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to voluntarily dismiss all claims without prejudice against Defendant Department of Defense in this action. Each party agrees to bear their own fees and costs.

Dated: July 15, 2025

                                      Respectfully submitted,

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

*s/Mark S. Zaid*
MARK S. ZAID, ESQ.
BRADLEY P. MOSS, ESQ.               By: */s/Stephanie R. Johnson*
Law Offices of Mark S. Zaid, P.C.          STEPHANIE R. JOHNSON,
1250 Connecticut Avenue, N.W.           D.C. Bar # 1632338
Suite 700                                 Assistant United States Attorney
Washington, D.C. 20036              601 D Street, N.W.
(202) 498-0011                     Washington, D.C. 20530
Mark@MarkZaid.com              (202) 252-7874
Brad@MarkZaid.com               Stephanie.Johnson5@usdoj.gov

*Counsel for Plaintiffs*                *Attorneys for the United States of America*