UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-0779 (CJN) |

**NOTICE OF LODGING**

Defendants, through undersigned counsel, hereby provides notice that earlier today, Defendants lodged for submission classified information in support in support of Defendants' motion for summary judgment. The submission was lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, D.C., which can be contacted at (202) 514-9016. The classified material, which will be made available to the Court by a Classified Information Security Officer for review *ex parte, in camera,* will provide the Court with further support for Defendants' withholding of information in the record produced in response to Plaintiffs' request pursuant to the Freedom of Information Act.

* * *

Dated: November 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_______/s/ Michael E. Yohannan_______*

MICHAEL E. YOHANNAN
PA Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*